# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2006

130006 & (87)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

PIERRE LAMAR MCCALL,
        Defendant-Appellant.

SC: 130006
COA: 252753
Macomb CC: 03-000897-FC

_____/

On order of the Court, the motion to raise new issues is GRANTED. The application for leave to appeal the October 20, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2006

Clerk

p0424